STEVEN A. GROODE, Bar No. 210500
MATTHEW J. SHARBAUGH, Bar No. 260830
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
E-mail: sgroode@littler.com;
msharbaugh@littler.com

Attorneys for Defendant
UNITED STATIONERS SUPPLY CO.

JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA LOPEZ, an individual, | Case No. CV10-6544 DSF (CWx) |
| Plaintiff, | **JUDGMENT** |
| v. | **[FED. R. CIV. P. 58, 68(a)]** |
| UNITED STATIONERS SUPPLY CO., a corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA LOPEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATIONERS SUPPLY CO., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV10-6544 DSF (CWx)<br><br>**JUDGMENT**<br><br>**[Fed. R. Civ. P. 58, 68(a)]** |

The Court takes notice that on April 25, 2010, Defendant United Stationers Supply Company ("Defendant") served on Plaintiff Leticia Lopez ("Plaintiff") an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68(a). Thereafter, Plaintiff timely served her written Notice of Acceptance of Offer of Judgment on May 4, 2011, and filed same with the Court. The Court, having reviewed the Offer of Judgment and the Notice of Acceptance of Offer of Judgment, and finding good cause therefore, hereby enters judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be, and here is, entered in favor of Plaintiff Leticia Lopez and against Defendant United Stationers Supply Company, in the amount of Thirty Thousand and One Dollars ($30,001.00), inclusive of any and all claims and issues against Defendant arising out of, alleged in, or related to, the facts and transactions alleged in the Complaint in this action.

**IT IS FURTHER ORDERED** that Defendant shall issue a check made payable to "Leticia Lopez" for the above-listed amount, which represents the entire sum to which Plaintiff is entitled pursuant to Defendant's Offer of Judgment, inclusive of attorneys' fees, and potential expert witness fees, and any and all other costs. This check shall be sent to Plaintiff's counsel of record with fourteen (14) calendar days after entry of this Judgment.

**IT IS FURTHER ORDERED** that the Defendant's Offer of Judgment pursuant to Rule 68(a) does not constitute any admission of liability on the part of Defendant, or an admission, directly or by implication, that Defendant violated any law, rule, regulation or contractual right, duty or obligation owed to Plaintiff, or that Plaintiff suffered any damages in connection with the claims set forth in the Complaint.

**IT IS SO ORDERED.**

Dated: _5/10, 2011

_____
HON. DALE S. FISCHER
U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.